CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email:  rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email:  wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax:  916.443-2124

Attorneys for Defendants CHRISTOPHER
JOHNSON, JAMES McFARLAND, COUNTY OF
SACRAMENTO

STEWART KATZ, SBN 127425
LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone:     (916) 444-5678

Attorneys for Plaintiff MAURICE JOHNSON, SR.

RICHARD W. OSMAN, SBN 167993
BERTRAND,  FOX,  ELLIOT,  OSMAN  &
WENZEL
2749 Hyde St.
San Francisco, CA 94109
Telephone:     (415) 353-0999, ext. 104

Attorneys for Defendant CITY OF VACAVILLE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. JOHNSON, SR., | Case No.:  2:16-cv-02502 JAM AC |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER; ORDER THEREON** |
| CHRISTOPHER JOHNSON; JAMES MCFARLAND; COUNTY OF SACRAMENTO; CITY OF VACAVILLE; and DOES I-XX, inclusive, | |
| Defendants. | |

WHEREAS on August 26, 2015 an action was commenced in the Superior Court of the

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

STIPULATION TO MODIFY SCHEDULING ORDER
Case No.  2:16-cv-02502 JAM AC

1

State of California in and for the County of Sacramento, entitled *Maurice D. Johnson, Sr.*, Plaintiff, v. *Christopher Johnson, et al.*, Defendants, Case No. 34-2016-00199491;

WHEREAS Plaintiff's complaint was removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a);

WHEREAS on June 14, 2017, Plaintiff filed a Second Amended Complaint;

WHEREAS on June 29, 2017, Defendants answered the complaint;

WHEREAS the Court's scheduling order was entered on December 20, 2016;

WHEREAS pursuant to the Court's scheduling order expert disclosures are due by July 14, 2017;

WHEREAS pursuant to the Court's scheduling order discovery is to be completed by September 15, 2017;

WHEREAS on June 27, 2017, the Court scheduled a settlement conference for August 14, 2017 before Magistrate Judge Kendall J. Newman;

WHEREAS the parties, in order to avoid unnecessary expense of fact and expert discovery in hopes of resolving the matter at the settlement conference, desire to stipulate to a modification of the scheduling order;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1.  That the current scheduling order be modified to extend the date of expert disclosures to September 15, 2017;

2.  That the current scheduling order be modified to extend fact discovery to be completed by October 6, 2017;

3.  That all other dates in the pretrial scheduling order remain the same.

///
///
///
///
///

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO MODIFY SCHEDULING ORDER
Case No. 2:16-cv-02502 JAM AC

2

IT IS SO STIPULATED.

DATE:  July 3, 2017          CREGGER & CHALFANT LLP


                             /s/ Robert L. Chalfant
                             ROBERT L. CHALFANT
                             Attorneys for Defendants CHRISTOPHER JOHNSON,
                             JAMES McFARLAND, COUNTY OF SACRAMENTO


DATE:  July 3, 2017          LAW OFFICE OF STEWART KATZ


                             /s/ Stewart Katz
                             STEWART KATZ
                             Attorneys for Plaintiff MAURICE D. JOHNSON, SR.


DATE:  July 3, 2017          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                             /s/ Richard W. Osman
                             RICHARD W. OSMAN
                             Attorneys for Defendants CITY OF VACAVILLE

///
///
///
///
///
///
///
///
///
///
///
///

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

STIPULATION TO MODIFY SCHEDULING ORDER
Case No.  2:16-cv-02502 JAM AC                    3

## ORDER

After considering the Stipulation by and between the parties through their counsel of record, and good cause appearing, IT IS HEREBY ORDERED THAT:

The scheduling order entered on December 20, 2016, is hereby modified as follows:

a.     The deadline for expert disclosures, previously set for July 14, 2017 is VACATED and RESET for September 15, 2017.

b.     The deadline for fact discovery, previously set for September 15, 2017, is VACATED and RESET for October 6, 2017.

c.     That all other dates in the pretrial scheduling order remain the same.

**IT IS SO ORDERED.**


DATE: 7/5/2017                 /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO MODIFY SCHEDULING ORDER
Case No. 2:16-cv-02502 JAM AC

4