Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendant
CITY OF VACAVILLE

Stewart Katz, State Bar No. 1274425
LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
MAURICE D. JOHNSON, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. JOHNSON, SR., | Case No. 2:16-cv-2502 JAM AC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITY OF VACAVILLE** |
| v. | |
| CHRISTOPHER JOHNSON; COUNTY OF SACRAMENTO; CITY OF VACAVILLE; and DOES I-XX, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MAURICE D. JOHNSON, SR. and defendant CITY OF VACAVILLE by and through their attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITY OF VACAVILLE
*Johnson v. Johnson, et al.*; USDC Case No.: 2:16-cv-2502 JAM AC

counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to Defendant CITY OF VACAVILLE, each side to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 1, 2017

BERTRAND, FOX, ELLIOT,
OSMAN & WENZEL

By: s/ *Richard W. Osman*
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendant
    CITY OF VACAVILLE


Dated: August 1, 2017

LAW OFFICE OF STEWART KATZ

By: s/ *Stewart Katz*
    Stewart Katz
    Attorney for Plaintiff
    MAURICE D. JOHNSON, SR.


### ORDER

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety as to Defendant CITY OF VACAVILLE, each side to bear their own fees and costs.

Dated: 8/7/2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITY OF VACAVILLE
*Johnson v. Johnson, et al.*; USDC Case No.: 2:16-cv-2502 JAM AC