**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorneys for Plaintiff
MAURICE D. JOHNSON, SR.


**CREGGER & CHALFANT LLP**
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendants CHRISTOPHER JOHNSON,
JAMES McFARLAND, and COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. JOHNSON, SR., <br><br> Plaintiff, <br> vs. <br><br> CHRISTOPHER JOHNSON; JAMES McFARLAND, COUNTY OF SACRAMENTO; CITY OF VACAVILLE; and DOES I-XX, inclusive, <br><br> Defendants. <br> _____ / | NO. 2:16-cv-02502-JAM-AC <br><br> **ORDER GRANTING DISMISSAL OF DEFENDANTS CHRISTOPHER JOHNSON, JAMES McFARLAND AND COUNTY OF SACRAMENTO** |

///

///

Johnson – [Proposed] Order Granting Dismissal                                                                 1

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action against Defendants CHRISTOPHER JOHNSON, JAMES McFARLAND and COUNTY OF SACRAMENTO is dismissed with prejudice. All parties to bear its/their own attorneys' fees and costs.

Dated: 10/31/2017                    /s/ John A. Mendez_____

                                                              HONORABLE JOHN A. MENDEZ